# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-00087-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| CHRISTINE MICHELLE DINGA, | |
| Defendant. | |

## **ORDER**

IT IS THEREFORE ORDERED that the deadline to complete conditions currently set on February 22, 2023, be extended and continued to May 23, 2023.

DATED this 27th day of February 2023.

_____
UNITED STATES MAGISTRATE JUDGE

3