**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTINE MICHELLE DINGA,<br><br>　　　　Defendant. | Case No. 2:22-mj-00087-EJY<br><br>**ORDER** |

**ORDER**

IT IS THEREFORE ORDERED that the deadline to complete conditions currently set on May 23, 2023, be extended and continued to August 14, 2023.

DATED this 12th day of June, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

1